# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COUNTY OF BEAVER, BY AND
THROUGH THE BEAVER COUNTY
BOARD OF COMMISSIONERS AND
THE BEAVER COUNTY
CONTROLLERS OFFICE,

             Respondents

             v.

MYRON R. SAINOVICH, AN INDIVIDUAL
AND SAINOVICH, SANTICOLA &
STEELE,  A PROFESSIONAL
CORPORATION  (FORMERLY KNOWN
AS SAINOVICH & SANTICOLA, P.C.),

             Petitioners

: No. 366 WAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.